IN THE UNITED STATES DISTRICT COURT
NORTHORN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-215-A |
| | § | |
| DONALD NEMEC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Craig Cunningham, against defendants, Donald Nemec, Solstice Support Services LLC, Michael Barsoum, and Adam Bonalanza, be, and are hereby, dismissed.

SIGNED July 14, 2017.

_____
JOHN McBRYDE
United States District Judge